**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

STEPHANIE DARROUGH,

                                                                **PLAINTIFF**


v.                                    **CIVIL ACTION NO. 1:20cv01041-SOH**

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,                                         **DEFENDANT**


**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff Stephanie Darrough ("Darrough") and Defendant The Lincoln National Life Insurance Company ("Lincoln") file this Joint Motion to Extend Scheduling Order Deadlines and state as follows:

1.      On October 28, 2020, the Court entered a Scheduling Order (dkt 8) containing the following deadlines:

- The stipulated record shall be filed by April 6, 2021;

- Plaintiff's brief shall be filed by July 5, 2021;

- Defendant's brief shall be filed by July 26, 2021.

2.      The Parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of filing the record and briefs if the case will be resolved through settlement.  The parties are working on calculating offsets, including SSDI, to the benefits sought by Plaintiff in the Complaint.  Plaintiff's SSDI claim remains pending before the Social Security Administration, which is the reason those calculations have not been completed.  Progress has been made, but the Parties require additional time to complete these discussions.  Accordingly, the Parties respectfully an extension on the above deadlines.

3.      This Joint Motion to Extend Scheduling Order Deadlines is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties request the Court enter an Order extending the deadlines set in this case as follows:

- The stipulated record shall be filed no later than August 6, 2021;

- Plaintiff's brief shall be filed by September 6, 2021;

- Defendant's brief shall be filed by October 4, 2021.

Dated this 6th day of April 2021.

Respectfully submitted,

By:     /s/ Iwana Rademaekers
        Iwana Rademaekers (Texas Bar # 16452560)
        LAW OFFICES OF IWANA RADEMAEKERS, P.C.
        17304 Preston Road, Suite 800
        Dallas, Texas 75252
        Main:  (214) 579-9319
        Fax:  (469) 444-6456
        Email:  iwana@rademaekerslaw.com

        ATTORNEYS FOR DEFENDANT


        - And -


By:  /s/ Daniel A. Webb
        Daniel A. Webb, Ark. Bar No. 2000113
        111 Center Street, Suite 1200
        Little Rock, Arkansas  72201
        Phone: (501) 372-2400
        Email:  dwebblaw@att.net

        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

> Daniel A. Webb, Esq.
> dwebblaw@att.net

| | |
|---|---|
|    April 6, 2021 |   /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |

**3**