IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEPHANIE DARROUGH                                                                PLAINTIFF

v.                                            Case No. 1:20-cv-1041

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY                                                              DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion to Extend Scheduling Order Deadlines.  ECF No. 10.  On August 14, 2020, Plaintiff filed this ERISA action.  On April 6, 2021, the parties filed the instant motion, moving the Court to extend certain deadlines because the parties are discussing a resolution of this case.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the parties' motion (ECF No. 10) is hereby **GRANTED**.  The stipulated record shall be filed by August 6, 2021.  Plaintiff's brief shall be filed by September 6, 2021.  Defendant's brief shall be filed by October 4, 2021.

**IT IS SO ORDERED**, this 20th day of April, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge