**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

**STEPHANIE DARROUGH,**

                                                       **PLAINTIFF**

    **v.**                            **CIVIL ACTION NO. 1:20cv01041-SOH**

**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY,**                             **DEFENDANT**

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Plaintiff Stephanie Darrough ("Darrough") and Defendant The Lincoln National Life Insurance Company ("Lincoln") file this Joint Motion to Extend Scheduling Order Deadlines and state as follows:

1.      On April 20, 2021, the Court entered an Order (dkt 1) extending the Scheduling Order deadlines as follows:

- The stipulated record shall be filed by August 6, 2021;

- Plaintiff's brief shall be filed by September 6, 2021;

- Defendant's brief shall be filed by October 4, 2021.

2.      The Parties are continuing to discuss a resolution of the case and want to save both the Court's resources and the Parties' time and expense of filing the record and briefs if the case will be resolved through settlement. The parties are working on calculating offsets, including SSDI, to the benefits sought by Plaintiff in the Complaint. Plaintiff's SSDI claim remains pending before the Social Security Administration, which is the reason those calculations have not been completed. Progress has been made, but the Parties require additional time to complete these discussions. Accordingly, the Parties respectfully an extension on the above deadlines.

3.      This Joint Motion to Extend Scheduling Order Deadlines is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties request the Court enter an Order extending the deadlines set in this case as follows:

- The stipulated record shall be filed no later than December 13, 2021;

- Plaintiff's brief shall be filed by January 17, 2021;

- Defendant's brief shall be filed by February 14, 2021.

Dated this 29th day of July 2021.

Respectfully submitted,

By:____/s/ Iwana Rademaekers_____
    Iwana Rademaekers (Texas Bar # 16452560)
    LAW OFFICES OF IWANA RADEMAEKERS, P.C.
    17304 Preston Road, Suite 800
    Dallas, Texas 75252
    Main:  (214) 579-9319
    Fax:  (469) 444-6456
    Email:  iwana@rademaekerslaw.com

    ATTORNEYS FOR DEFENDANT

- And -

By:_/s/ Daniel A. Webb_____
    Daniel A. Webb, Ark. Bar No. 2000113
    111 Center Street, Suite 1200
    Little Rock, Arkansas  72201
    Phone: (501) 372-2400
    Email:  dwebblaw@att.net

    ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

>Daniel A. Webb, Esq.
>dwebblaw@att.net

  July 29, 2021                                  /s/ Iwana Rademaekers
Date                                            Iwana Rademaekers

**3**