**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

**STEPHANIE DARROUGH,**

**PLAINTIFF**

**v.**               **CIVIL ACTION NO. 1:20cv01041-SOH**

**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY,**                    **DEFENDANT**

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Stephanie Darrough and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 11th day of January 2022

Respectfully submitted,

By: /s/ Daniel A. Webb
    Daniel A. Webb, Ark. Bar No. 2000113
    111 Center Street, Suite 1200
    Little Rock, Arkansas  72201
    Phone: (501) 372-2400
    Email:  dwebblaw@att.net

ATTORNEYS FOR PLAINTIFF

**- AND -**

By:    /s/ Iwana Rademaekers
       Iwana Rademaekers

State Bar of Texas No. 16452560
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT